**No. 59013.**—Alltransport, Incorporated *v.* United States, protest 215448–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of goat and sheep leather imported to be used in the manufacture of boots, shoes, or footwear, and that the facts are similar in all material respects to those the subject of *Max Rosenberg* v. *United States* (32 Cust. Ct. 295, C. D. 1616), the claim of the plaintiff was sustained.

**No. 59014.**—Siber Hegner Co., Inc. *v.* United States, protests 227552–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, APRIL 28, 1955

**No. 59015.**—H. T. Kennedy Co., Inc., and Daniel F. Young, Inc. *v.* United States, protests 229099–K and 227237–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "Aladdin" rail lubricators and parts thereof similar in all material respects to those the subject of *H. T. Kennedy Co., Inc.,* and *Daniel F. Young, Inc.* v. *United States* (33 Cust. Ct. 68, C. D. 1637), the claim of the plaintiffs was sustained.